UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ANDERSON, | ) Case No. 07CV 2160 JAH (RBB) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN, INC., | ) |
| Defendants. | ) |

IT IS HEREBY CERTIFIED that:

I, Marcie Rose, am a citizen of the United States and am at least eighteen years of age. My business address is 591 Camino de la Reina, Suite 640, San Diego, California 92108.

I am not a party to the above-entitled action. I have caused service of **DEFENDANT KAISER FOUNDATION HOSPITALS' ANSWER TO COMPLAINT FOR FAILURE TO PAY HEALTH PLAN BENEFITS IN VIOLATION OF ERISA** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

> George L. de la Flor, APC
> 8355 La Mesa Boulevard
> La Mesa, CA  91941
> (619) 698-2926

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2007.

s/MARCIE ROSE
MARCIE ROSE
