MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ANDERSON v. KAISER                                    Case No. 07cv2160 JAH(RBB)
                                                      **Time Spent:**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         Plaintiffs                              Defendants

George de la Flor                          Gabriel Benrubi


PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The early neutral evaluation conference on January 4, 2008, at 10:00 a.m. is vacated and reset for January 16, 2008, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: January 3, 2008         IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Houston                                INITIALS:  VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\ANDERSON2160\MINUTE01.WPD