UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ANDERSON,<br><br>   Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>   Defendants. | Case No. 07CV 2160 JAH (RBB)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Marcie Rose, am a citizen of the United States and am at least eighteen years of age. My business address is 591 Camino de la Reina, Suite 640, San Diego, California 92108.

I am not a party to the above-entitled action. I have caused service of **DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S ANSWER TO COMPLAINT FOR FAILURE TO PAY HEALTH PLAN BENEFITS IN VIOLATION OF ERISA** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

George L. de la Flor, APC
8355 La Mesa Boulevard
La Mesa, CA  91941
(619) 698-2926

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2008.

                                        s/MARCIE ROSE
                                        MARCIE ROSE