## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ANDERSON v. KAISER                                   Case No. 07cv2160 JAH(RBB)
                                                     **Time Spent:  50 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                         Rptr.

                                Attorneys
         Plaintiffs                               Defendants

George de la Flor (present)            Gabriel Benrubi (present)


PROCEEDINGS:    x   In Chambers        ___  In Court       ___  Telephonic

An early neutral evaluation conference was held.

A telephonic, attorneys-only case management conference is set for February 14, 2008, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: January 16 2008         IT IS SO ORDERED: *[signature]*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc:  Judge Houston                    INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record