1  George L. de la Flor
   State Bar No. 112488
2  8355 La Mesa Blvd.
   La Mesa, California 91941
3  (619) 698-2926
   Fax: (619) 698-7540
4
5  Attorneys for Plaintiff

6  Gabriel M. Benrubi, Esq.
   State Bar No. 110206
7  BELSKY & ASSOCIATES
   591 Camino De La Reina, Ste. 640
8  San Diego, CA 92108-3108
9
10 Attorney for Defendants

11                      UNITED STATES DISTRICT COURT
12                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 LAWRENCE ANDERSON,          )  CASE NUMBER 3:07-cv-02160-JAH-RBB
14                             )
         Plaintiff,            )  STIPULATION FOR DISMISSAL WITH
15                             )  PREJUDICE; ORDER THEREON
16 v.                          )
                               )
17 KAISER FOUNDATION           )
   HEALTH PLAN, et al.         )
18                             )
         Defendants.           )
19 _____)
20

21     It is hereby stipulated, by and between the parties hereto, that the above captioned action
22 may be dismissed with prejudice
23
24 DATE: February 21, 2008           BELSKY & ASSOCIATES
25
26                                   _____
                                     BY: GABRIEL M. BENRUBI
27                                   Attorneys for Defendant
28

-1-

1
2  LAW OFFICES OF George L. de la Flor, APC
3
4  DATE: February 7, 2008

*[signature]*

GEORGE L. DE LA FLOR
Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation of the parties, the above-captioned matter is hereby ordered Dismissed with Prejudice.

_____

JUDGE, U.S. DISTRICT COURT