UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ANDERSON, | Case No. 3:07-cv-0 2160 JAH (RBB) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendants. | |

IT IS HEREBY CERTIFIED that:

I, Melinda Scocozza, am a citizen of the United States and am at least eighteen years of age. My business address is 591 Camino de la Reina, Suite 640, San Diego, California 92108.

I am not a party to the above-entitled action.  I have caused service of **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

George L. de la Flor, APC
8355 La Mesa Boulevard
La Mesa, CA  91941
(619) 698-2926

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2008.

/s/Melinda Scocozza
MELINDA SCOCOZZA