### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

ANDERSON v. KAISER                                                  Case No. 07cv2160 JAH(RBB)
                                                                     **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                              Rptr. _____

                                Attorneys
           Plaintiffs                                   Defendants

George de la Flor                        Gabriel Benrubi
_____          _____
_____          _____

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The settlement disposition conference on February 29, 2008, at 8:30 a.m. is vacated.

The joint motion for dismissal was filed on February 22, 2008.


DATE: February 27, 2008          IT IS SO ORDERED:  *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Houston                                  INITIALS: VL (mg/irc) Deputy
     All Parties of Record