|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| LAWRENCE ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendants. | **Case No. 3: 07-CV-02160 JAH (RBB)**<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL [Doc. No. 11]** |

Pursuant to the stipulation and joint motion to dismiss brought by Plaintiff LAWRENCE ANDERSON and Defendants KAISER FOUNDATION HOSPITALS, THE KAISER PERMANENTE MEDICAL GROUP, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC., previously filed and served herein, it is hereby ordered that the above-entitled action be dismissed with prejudice.

DATED: February 27, 2008

_____
JOHN A. HOUSTON
United States District Judge